IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES A. KUHARIC,**

    Plaintiff,

  vs.                                **Civil Action 2:10-CV-679**
                                          **Judge Marbley**
                                          **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

        On March 7, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed for failure to prosecute. *Report and Recommendation*, Doc. No. 12. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

        The *Report and Recommendation*, Doc. No. 12, is therefore **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

        The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.


                                                    *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                              United States District Judge