**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**JAMES A. KUHARIC,**

        Plaintiff,

  vs.                             Civil Action 2:10-CV-679
                                   Judge Marbley
                                   Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 7, 2011 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation.  This case is DISMISSED.

Date:  **July 6, 2011**                   **James Bonini, Clerk**

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk